**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ROBERT J. STENGL, DANIEL WILL,
RONALD F. KOSEWICZ, GARY K.
COLLEY, LESLIE D. DIAZ, AMAYA
JOHNSON, WILLIAM A. MCKINLEY
and JOHN KARIPAS,

      Plaintiffs,

v.                        Case No:   6:22-cv-572-PGB-LHP

L3HARRIS TECHNOLOGIES, INC.,
THE BOARD OF DIRECTORS OF
L3HARRIS TECHNOLOGIES, INC.
and THE INVESTMENT
COMMITTEE OF L3HARRIS
TECHNOLOGIES, INC.,

      Defendants

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION TO WITHDRAW AS COUNSEL (Doc. No. 58)**
>
> **FILED:**     October 7, 2022

> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Gabrielle P. Kelerchian seeks to withdraw as counsel for Plaintiffs. Doc. No. 58. On review, however, the motion fails to comply with Local Rules 3.01(a) and 3.01(g), as well as Local Rule 2.02(c), specifically subsection (c)(1). Any renewed motion must fully comply with all applicable Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on October 11, 2022.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties