**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERT J. STENGL, DANIEL WILL,
RONALD F. KOSEWICZ, GARY K.
COLLEY, LESLIE D. DIAZ, AMAYA
JOHNSON, WILLIAM A. MCKINLEY
and JOHN KARIPAS,

        Plaintiffs,

v.                                  Case No:   6:22-cv-572-PGB-LHP

L3HARRIS TECHNOLOGIES, INC.,
THE BOARD OF DIRECTORS OF
L3HARRIS TECHNOLOGIES, INC.
and THE INVESTMENT
COMMITTEE OF L3HARRIS
TECHNOLOGIES, INC.,

        Defendants

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:  UNOPPOSED MOTION TO WITHDRAW GABRIELLE P. KELERCHIAN AS CO-COUNSEL (Doc. No. 60)**
>
> **FILED:    November 16, 2022**

- 2 -

> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Donald R. Reavey, Esq. has filed a motion to withdraw Gabrielle P. Kelerchian, Esq. as counsel for Plaintiffs. Doc. No. 60. Pursuant to Local Rule 2.02(c)(2), however, a "withdrawing lawyer—not the lawyer's present or former firm or another lawyer—must move to withdraw unless unable because of an emergency, disability, or death." Accordingly, Attorney Reavey's attempt to withdraw Attorney Kelerchian from the case, without further explanation, is not permitted under the Local Rules. In addition, the motion fails to comply with the typography requirements set forth in Local Rule 1.08.

**DONE** and **ORDERED** in Orlando, Florida on November 17, 2022.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties