United States District Court
Middle District Of Florida
Orlando Division

| | |
|---|---|
| ROBERT STENGL, DANIEL WILL, RONALD F. KOSEWICZ, GARY K. COLLEY, LESLIE D. DIAZ, AMAYA JOHNSON, WILLIAM A. MCKINLEY, AND JOHN KARIPAS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> L3HARRIS TECHNOLOGIES, INC., THE BOARD OF DIRECTORS OF L3HARRIS TECHNOLOGIES, INC., THE INVESTMENT COMMITTEE OF L3HARRIS TECHNOLOGIES, INC. AND JOHN DOES 1-30, <br><br> Defendants. | Case No.:  6:22-cv-00572-PGB-LHP |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Robert Stengl, Daniel Will, Ronald F. Kosewicz, Gary K. Colley, Leslie D. Diaz, Amaya Johnson, William A. McKinley, and John Karipas and Defendants L3Harris Technologies, Inc., The Board of Directors of L3Harris Technologies, Inc., and the Investment Committee of L3Harris Technologies, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Ronald F. Kosewicz as a plaintiff in this action, with the parties to bear their own attorneys' fees and costs. Nothing in this Stipulation shall prevent Mr. Kosewicz from participating as a member of the Class in this matter provided that he

meets all other requirements.

Dated:  June 1, 2023

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh
Thomas J. Sinclair
James A. Wells
CAPOZZI ADLER P.C.
312 Old Lancaster Road
Merion Station, PA  19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
           thomass@capozziadler.com
           jayw@capozziadler.com

Donald R. Reavey
Brandon S. Williams
CAPOZZI ADLER P.C.
2933 North Front Street
Harrisburg, PA  17110
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: donr@capozziadler.com
           brandonw@capozziadler.com

Matthew Fornaro
Matthew Fornaro, P.A.
11555 Heron Bay Blvd., Suite 200
Coral Springs, FL
Telephone: (954) 847-3843
Facsimile: (954) 888-3067

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ *Benjamin I. Friedman (*with permission)
Mark B. Blocker
Benjamin I. Friedman
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: mblocker@sidley.com
           benjamin.friedman@sidley.com

Thomas A. Zehnder
Florida Bar No.: 0063274
Dustin Mauser-Claassen
Florida Bar No.: 119289
KING, BLACKWELL, ZEHNDER &
WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
Email: *tzehnder@kbzwlaw.com*
           *dmauser@kbzwlaw.com*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 1, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

 /s/ *Mark K. Gyandoh*
Mark K. Gyandoh

*Counsel for Defendants*