UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ROBERT STENGL, DANIEL WILL, RONALD F. KOSEWICZ, GARY K. COLLEY, LESLIE D. DIAZ, AMAYA JOHNSON, WILLIAM A. MCKINLEY, AND JOHN KARIPAS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>  Plaintiffs,<br><br>v.<br><br>L3HARRIS TECHNOLOGIES, INC., THE BOARD OF DIRECTORS OF L3HARRIS TECHNOLOGIES, INC., THE INVESTMENT COMMITTEE OF L3HARRIS TECHNOLOGIES, INC. AND JOHN DOES 1-30,<br><br>  Defendants. | Case No.: 6:22-cv-00572-PGB-LHP |

## JOINT STIPULATION OF AGREED MATERIAL FACTS

Pursuant to the Court's Case Management Order (Doc. 32), Robert J. Stengl, Daniel Will, Gary K. Colley, Leslie D. Diaz, Amaya Johnson, William A. McKinley, and John Karipas (collectively, "Plaintiffs") and L3Harris Technologies, Inc., the Board of Directors of L3Harris Technologies, Inc., and the Investment Committee of L3Harris Technologies Inc. (collectively "Defendants") hereby stipulate to the following agreed material facts for purposes of Defendants' motion for summary judgment:

1. L3Harris Technologies Inc. was created in mid-2019 through a merger of L3 Technologies, Inc., formerly known as L3 Communications, Inc., ("L3") and Harris Corporation. Before the merger, both companies sponsored their own 401(k) plan. On December 31, 2019, the L3 401(k) plan merged with the Harris 401(k) plan to create the L3Harris Technologies Inc. Retirement Savings Plan. This case only involves the legacy L3 401(k) plan, called the L3 Technologies Inc. Master Savings Plan (the "Plan").

2. The Benefits Plan Committee (the "Committee") was the named fiduciary of the Plan. Between November 23, 2015 and December 31, 2019, the Benefits Plan Committee consisted of either 5 or 6 members who were appointed by their title. The members of the Committee included L3's Chief Executive Officer, Chief Financial Officer, General Counsel/Chief Legal Officer, Chief Human Resources Officer, Treasurer, and briefly the Chief Operating Officer.

3. On June 5, 2023, the Court certified the following class: "All persons, except Defendants and their immediate family members, who were participants in or beneficiaries of the L3 Technologies Master Savings Plan, and either (i) paid recordkeeping and administration fees at any time from November 23, 2015 through July 1, 2018 (the 'Recordkeeping Class Period'), or (ii) were invested in allegedly imprudent investment options from November 23, 2015 through December 31, 2019 (the 'Imprudent Investment Class Period')."

4. During the relevant period, the number of participants in the Plan decreased from approximately 52,000 to 47,000, and total Plan assets increased from approximately $4.45 billion to $6.26 billion.

5. Plaintiffs are all former employees of L3 who participated in the Plan and invested in certain of the investment options offered by the Plan.

6. During the relevant period, Fidelity Management Trust Company served as the Plan's recordkeeper.

7. During the relevant period, the Plan offered a suite of target date funds called the Fidelity Freedom Funds, as well as the Fidelity Magellan Fund, and the Fidelity Diversified International Fund.

Dated: September 15, 2023

Respectfully submitted,

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh
Thomas J. Sinclair
James A. Wells
CAPOZZI ADLER P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
markg@capozziadler.com
thomass@capozziadler.com
jayw@capozziadler.com

Donald R. Reavey
Brandon S. Williams
CAPOZZI ADLER P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
donr@capozziadler.com

/s/ *Mark B. Blocker*
Mark B. Blocker
Benjamin I. Friedman
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
mblocker@sidley.com
benjamin.friedman@sidley.com

Thomas A. Zehnder
Florida Bar No.: 0063274
Dustin Mauser-Claassen
Florida Bar No.: 119289
KING, BLACKWELL, ZEHNDER
 & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472

| | |
|---|---|
| brandonw@capozziadler.com | Facsimile: (407) 648-0161<br>tzehnder@kbzwlaw.com |
| Matthew Fornaro<br>Matthew Fornaro, P.A.<br>11555 Heron Bay Blvd., Suite 200<br>Coral Springs, FL<br>Telephone: (954) 847-3843<br>Facsimile: (954) 888-3067 | dmauser@kbzwlaw.com<br><br>*Counsel for Defendants* |
| *Counsel for Plaintiffs* | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on September 15, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Thomas A. Zehnder*
Thomas A. Zehnder
Florida Bar No. 0063274

*Counsel for Defendants*

4