## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**ROBERT J. STENGL, DANIEL WILL, GARY K. COLLEY, LESLIE D. DIAZ, AMAYA JOHNSON, WILLIAM A. MCKINLEY and JOHN KARIPAS,**

           **Plaintiffs,**

**v.**                                        **Case No: 6:22-cv-572-PGB-LHP**

**L3HARRIS TECHNOLOGIES, INC., THE BOARD OF DIRECTORS OF L3HARRIS TECHNOLOGIES, INC. and THE INVESTMENT COMMITTEE OF L3HARRIS TECHNOLOGIES, INC.,**

           **Defendants.**

_____/

## ORDER

The Court has been advised that the above-styled action has been settled. (Doc. 112). Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the Court's approval of the forthcoming Motion for Preliminary Approval of Settlement, which the parties shall file within sixty (60) days of this Order, or the right of either party, on good cause shown, to move the Court to re-open the case for further proceedings. The

Clerk is **DIRECTED** to terminate all pending motions (Docs. 97, 99) and to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on January 2, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties